■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BRIAN PEAY, Also Known as BRIANT PEAHY, Appellant.—Appeal by the defendant from two judgments of the Supreme Court, Westchester County (Scarpino, J.), both rendered December 7, 1990.

Ordered that the appeals are dismissed *(see, People v Seaberg,* 74 NY2d 1). Bracken, J. P., Sullivan, Harwood, Rosenblatt and Copertino, JJ., concur.